UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

ANDREW SHAMIS, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.                                                       CASE NO.:   1:22cv20335

MEDICREDIT, INC.,

    Defendant.

_____/

## **NOTICE OF REMOVAL**

Defendant Medicredit, Inc. ("Medicredit") timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removing this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County for the State of Florida, to the United States District Court for the Southern District of Florida, Miami Division, and in support of this Notice, states as follows:

1.    On January 10, 2022, Plaintiff Andrew Shamis ("Shamis") filed a Complaint against Defendant (the "Complaint") in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County for the State of Florida, Case No. 2022-000410-CA-01 (the "State Court Action"). The Complaint contains claims alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA"), the Telephone Consumer Protection Act, 42 U.S.C. § 227 (the "TCPA"), and the Florida Consumer Collection Practices Act, § 559.55, *et seq.* (the "FCCPA").

2. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action. See **Exhibit A,** attached hereto.

3. Shamis served Medicredit with the summons in the State Court Action on January 19, 2022. Accordingly, Defendant timely files this Notice within the 30-day limit established by 28 U.S.C. § 1446(b)(1). See, e.g., Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 355 (1999) (noting that the removal time frame is triggered by receipt of formal service, not receipt of complaint). The records of the State Court Action do not reflect that any other defendant has been served at this time.

4. The United States District Court for the Southern District of Florida has original jurisdiction over this matter under 28 U.S.C. § 1331 because the claims alleging a violation of the FDCPA and TCPA implicate this Court's federal question jurisdiction. The Court also has jurisdiction over Plaintiff's state law claim under 28 U.S.C. 1367(a) because that request is so related to Plaintiff's FDCPA and TCPA claims that it forms part of the same case or controversy.

5. Removal to the United States District Court for the Southern District of Florida is proper under 28 U.S.C. § 1441(a), which provides that any civil action brought in a County and/or State Court where the District Courts of the United States have original jurisdiction is removable to the district of the United States District Court embracing the place where such action is pending.

6. Venue is proper in the Miami Division of this Court because this action is being removed from the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

7. In light of the foregoing, this Court has subject matter jurisdiction over this action, and this case is properly removed to this Court.

SL 5358446.1

8. Defendant will file a Notice of Filing Notice of Removal with the State Court and, upon filing this Notice, shall promptly provide written notice of its Notice of Removal to all adverse parties in the State Court Action.

**WHEREFORE**, Defendant Medicredit, Inc. gives notice that the above-entitled action is removed and transferred from Circuit Court in and for Miami-Dade County, State of Florida, to the United States District Court for the Southern District of Florida.

Respectfully submitted,

/s/ Drew P. O'Malley
Drew P. O'Malley
Florida Bar No. 106551
SPENCER FANE LLP
201 North Franklin Street, Suite 2150
Tampa, FL  33602
Phone:  813-424-3500
Facsimile:  813-405-8904
domalley@spencerfane.com
rhardy@spencerfane.com
ecoutu@spencerfane.com

*Counsel for Medicredit, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2022, I electronically filed the foregoing through the Court's CM/ECF system and sent a copy via U.S. Mail, first-class postage pre-paid to:

Chris Gold, Esq.
Scott Edelsberg, Esq.
Edelsberg Law, P.A.
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
chris@edelsberglaw.com
scott@edelsberglaw.com

*Counsel for Plaintiff*

/s/ Drew P. O'Malley
Attorney

SL 5358446.1