UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20335-ALTMAN/Reid

**ANDREW SHAMIS**,

 *Plaintiff*,

v.

**MEDICREDIT, INC.**,

 *Defendant*.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Plaintiff filed a Notice of Voluntary Dismissal without Prejudice [ECF No. 11] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk shall **CLOSE** the case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 15th day of February 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record